# THE PARKER LAW GROUP P.C.

28 VALLEY ROAD
MONTCLAIR, NEW JERSEY 07042
PHONE: 347-292-9042
ghp@parkerlawusa.com

December 3, 2024

<u>Via ECF</u>
The Honorable James R. Cho
United States Magistrate Judge
United States District Court

      **Re:**   *Dorel Anderson v. Brooklyn Dean, LLC and Sweetbee LLC*

      <u>**Docket No. 1:24-cv-00916 (NRM)(JRC)**</u>

Dear Judge Cho:

    We represent the plaintiff in the above-entitled action. Pursuant to Your Honor's Order of December 2, 2024, the parties hereby submit this mediation status report letter. The parties are pleased to inform the Court that they have reached a resolution of this action. Accordingly, the parties respectfully ask the Court for permission to file the stipulation of dismissal on or before February 7, 2025. The parties expect to have the settlement agreement finalized, executed, and ready for the stipulation of dismissal to be filed by February 7, 2025. Thank you for your time and attention to this matter. With kindest regards, I am

                very truly yours,

                Glen H. Parker, Esq.