UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
DOREL ANDERSON

                           Plaintiff,

                    v.

BROOKLYN DEAN, LLC AND SWEETBEE LLC

                        Defendants.
-----------------------------------------------------------------x

**Docket No. 1:24-cv-00916 (NRM)(JRC)**

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, attorneys of record for the respective parties in the above-captioned action, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all the claims asserted or that could have been asserted in the above-captioned action are hereby voluntarily dismissed with prejudice and without costs, fees, or expenses.

Dated: November 11, 2024
       New York, New York

**THE PARKER LAW GROUP P.C.**

By: _____
     Glen H. Parker, Esq.
     Attorneys for Plaintiff
     28 Valley Road
     Montclair, New Jersey 07042
     Tel 347-292-9042
     ghp@parkerlawusa.com

**WESTERMAN BALL EDERER MILLER ZUCKER & SHARFSTEIN, LLP**

By: _____
     Phil Campisi, Esq.
     Attorneys for the Defendant
     Brooklyn Dean, LLC
     1201 RXR Plaza
     Uniondale, New York 11556
     Tel.: 516 622 9200  Ext.: 406
     pcampisi@westermanllp.com

**ONTELL & ASSOCIATES PLLC**

By: _Robert J. Ontell_____
     Rob Ontell, Esq.
     Attorneys for the Defendant
     Sweetbee LLC
     444 Madison Ave., Floor 4

New York, NY 10022
Tel: (201) 803-3100
rob@ontellandassociates.com